1
2
3
4
5              UNITED STATES DISTRICT COURT
6              NORTHERN DISTRICT OF CALIFORNIA
7
8   CHARLES ANTHONY WILLIAMS,              No. C-13-1887 EMC (pr)
9              Petitioner,
10      v.                                 **ORDER OF DISMISSAL**
11  M E. SPEARMAN, Warden,
12              Respondent.
                                    /
13
14      Petitioner, a prisoner incarcerated at the Correctional Training Facility in Soledad,
15  California, has filed a petition for writ of habeas corpus to challenge his 2000 conviction from
16  Alameda County Superior Court. The petition is not his first federal habeas petition concerning his
17  2000 conviction. His earlier habeas petition in *Williams v. Adams*, No. C 02-5000 MHP, was denied
18  on the merits in 2003. This Court and the Ninth Circuit denied Petitioner's requests for a certificate
19  of appealability.
20      A second or successive petition may not be filed in this Court unless Petitioner first obtains
21  from the United States Court of Appeals for the Ninth Circuit an order authorizing this Court to
22  consider the petition. 28 U.S.C. § 2244(b)(3)(A).
23      Petitioner has not obtained an order from the Ninth Circuit permitting the filing of a second
24  or successive petition. This Court will not entertain a new petition from Petitioner until he first
25  obtains permission from the Court of Appeals for the Ninth Circuit to file such a petition. This
26  action is **DISMISSED** without prejudice to Petitioner filing a petition in this Court after he obtains
27  the necessary order from the Court of Appeals for the Ninth Circuit.
28

**United States District Court**
For the Northern District of California

1    If Petitioner wants to attempt to obtain the necessary order from the Ninth Circuit, he should

2  complete and submit to the Court of Appeals for the Ninth Circuit an "Application For Leave To

3  File Second Or Successive Petition," a copy of which is being sent to Petitioner with this order.

4  Petitioner should NOT label his application as a habeas petition because the Ninth Circuit clerk's

5  office is apt to simply forward to this Court any document labeled as a habeas petition.  He also

6  should mail the application to the Ninth Circuit (at 95 Seventh Street, San Francisco, CA  94103),

7  rather than to this Court.  In his application to the Ninth Circuit, he should explain how he meets the

8  requirements of 28 U.S.C. § 2244(b).

9    In light of the dismissal of this action, Petitioner's motion for appointment of counsel is

10  **DENIED**.  (Docket # 2.)

11    The Clerk shall close the file.

12

13    IT IS SO ORDERED.

14

15  Dated:  May 29, 2013

16

17                                                        EDWARD M. CHEN
                                                          United States District Judge

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California